IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF __DELAWARE__

| | | |
|---|---|---|
| GBEKE MICHAEL AWALA, et al, And the peolple of _____ _____ Plaintiff | ) ) ) ) ) ) | U.S. DISTRICT JUDGE SUE L. ROBINSON FEB 2 2 2007 **FILED** |
| VS. United States mission to the United Nations, ACLU, Philadelphia, et al Defendants, | ) ) ) ) ) ) ) | Civ No. _____ 07 - 1 0 9 |

MOTION FOR: CIVIL RIGHTS ACTION

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and _____
Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations herein raised in the interest of Justice and parties involve. In support the plaintiffs states as follows:

1. Plaintiff, Gbeke M. Awala, Cry out to the Defendants, because of his affliction out
2. of the United States District Court, for the
3. District of Delaware and The U.S. Attorney's Office for the District of Delaware, that the
4. Press and Public Affairs Section, should
5. Inform and explain to the media and general Public, the transgressions of these Court and the
6. Government, For their misconduct grew more
7. tempestuous against me/Plaintiff. Thus it is

Other: right for me to Press the Spokesperson for the Mission.

Signatures: _____          _____
                    Reformer -Litigator          Gbeke Michael Awala

*FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE* Willmigtn *DISTRICT OF* Delaware

## I. CAPTION

Gbeke Michael Awala

*(Enter the full name of the plaintiff or plaintiffs)*

v.

United States Mission to the United Nations.

ACLU. Philadelphia

Laura Bush and Condoleezza Rice, and

*(Enter the full name of the defendant or defendants)*

Sue L. Robinson,

Chief Judge.

and

Department of Homeland Security,

and Florida Health Department

Defendants.

## II. PARTIES

a. Plaintiff

.Full name: Gbeke Michael Awala.

Prison identification number: 82074 - 054

Place of present confinement: Moshannon Valley Correctional Center

Address: P.O. Box 2000 Philipsburg PA 16866

*Place of confinement at time of incidents or conditions alleged in complaint, including address:*

Salem County Corrections, 125 Cemetery Rd. Woodstown, NJ.

*Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. *Defendants: (list only those defendants named in the caption of the complaint, section I)*

1. Full name including title: United States Mission to the United Nations.

   Place of employment and section or unit: New York, NY 10017

2. Full name including title: American Civil Liberties Union foundation.

   Place of employment and section or unit: Philadelphia, PA 19106-0008

3. Full name including title: Laura Bush, First Lady

   Place of employment and section or unit: The White House, D.C. 20500

4. Full name including title: Condoleezza Rice, Secretary of State.

   Place of employment and section or unit: Washington, DC 20500 etal.

*Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.*

### III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

*Plaintiffs* Grbeke M. Awala

*Defendants* 3rd Circuit Judge Kent A. Jordan

*Issues:* Sources used to Prove 'nonexistence of Records of Birth as a U.S.Citizen and U.S.Citizenship and Immigration', Indicate lack of trustworthiness.

*Court: if federal, which district?* U.S. District Court

*if state, which county?* District of Delaware

*Docket number:* 1:07-CV-61    *Date filed:* 1/29/07

*Name of presiding judge:* Gregory M. Sleet

*Disposition: (check correct answer(s)); Date:* _____

*Dismissed* ✓ *Reason?* Dismissed Pursuant to 28 U.S.C. §1915.

*Judgment* ___ *In whose favor?* _____

*Pending* ___ *Current status?* _____

*Other* ___ *Explain* _____

*Appeal filed?* ✓ *Current status?* Pending.

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)

_42 U.S.C § 1981, 1982, 1983 and 1985_

Authority for procedure. (DC-ADM, inmate handbook, etc.)

_For Deprivations under the Color of State Law, of rights,_

Formal or informal procedure. _privileges and Immunities_

Who conducts the initial review? _Secured to me by the Provisions of the Fourth, Fifth, Eight, Ninth and_

What additional review and appeals are available? _Fourteenth Amendment to the United States Constitution and Article III, that diligent Search of my Birth records was bereft_

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? _1/29/07_

What action did you ask prison authorities to take? _Whether or not the Defendant Conducts Lacks trustworthiness to_

What response did you receive to your request? _perform the acts Certified under Art II, §2, cl 2. In allegation to Conducts that deprives Judicial power. See Edmons. 520 US 651 (1987),_

What further review did you seek and on what dates did you file the requests? _of Executive clause of power and Conduct that failed to Inhibit the Court's freedom to Investigate Plaintiff matter adequately and effectively, needed to Violate or arrest Separation of Power, biased and defiled Conducts to properly_

What responses did you receive to your requests for further review? _evaluate Plaintiff's Case in U.S. v Amala, 04-90-KAJ/SLR, Defendants prevented the Arrest of Critical Inquiry Prior to Conviction of Plaintiff, appointed Counsel, that_

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

_devise Plans, but not of ABA Standard, who added to Plaintiff's Affliction (Samuel C. Stretton). Without Plaintiff's Advice, like 'Pharaoh' trusted Plaintiff Into the Injurious Hands of the Government Beth Moskow-Schall since 08/12/04._

I, Gbeke M. Awala, hereby brings this Civil Action against the defendants to redress the deprivation, under the Color of Federal Law, of rights, privileges and Immunities Secured to him by Provisions of the First, Fourth, Fifth, Sixth, Ninth, Thirteenth, and Fourteenth Amendment to the United States Constitution, and 42 U.S.C. §§ 1981, 1982, 1983 and 1985.

Plaintiff at all time relevant was born in Miami, FLorida on May 17, 1971, a child of Dorcas Callender Brown (reason) and Moses Hirine Awala, (Pepa). Therefore, Plaintiff was deported or restricted without a fair trial on/or around September 1999.

Plaintiff returned in the most emotional Storms on January 1, 2004, in an attempt to be reunited in the Land of Seperation, to reConstruct his Birthright — The Department of Homeland Security and U.S. Citizenship and Immigration Services, Left behind the Inevitable fact that the Baltimore Airport Agents, grey monotonous and Oued walls overwhelms the Materials, documents and Jackson Memorial Hospital Records of Birth

4.

In full, with pictures, at Birth, represents of the name plaintiff carried from May 17, 1971, in the City of Miami, Floride, Chicago, ILL and New York City, in Its entirety, before I was abducted to Ghana in 1977. Accordingly, In returning and testing for the provisions of Citizenship under Form N-400, naturalization, an Integral part of the DHS, provided a nonexistence of the matter — whereas the force of this Information made Circustances Indicate Mase acts in Furtherence of their goals to deprive me of my Birthright.

Plaintiff alleges that the District Court and the Cort of Appeals for the 3rd Circuit would not review the pattern as 'robbery' by Said Service and the U.S. Office of Citizenship and Immigration Service is Said to have Connected for participation in the Conspracy. Furthermore, Plaintiff had been deprived of his possession, and Convicted under Government Invidious discrimination and arbitrary Classification For a Crime he did not Commit under Re-entry After Deportation, 8 U.S.C. Sec. 1326 (a) and (b)(2) (Count I), and Sentenced on May 11, 2006 as a punishment for a Crime whereof, Plaintiff Classified under Article XII, within the United States and under the U.S. District Court for the District of Delaware and the U.S. Attorney's Office For District of Delaware "a devised Plan of Slavery."

Plaintiff further alleges that the defendants herein, United States Mission to the United Nations.

ACLU, Philadelphia, Laura Bush, First Lady, Condolezza Rice, and Sue L. Robinson, established reasonably close Causal relationship between defendant's Department of Homeland Security; and Plaintiff's Injury under proximate Cause doctrine. Injury would not have occurred had the ACLU philadelphia, stepped Into the matter when Called during the relevant time the breach fell on Plaintiff.

Defendant, United States Mission to the United Nations, Press and Public affairs Section, of Self-Indulgence reread umpteenth time Letter Sent 4/2/05, 140 East 45th street, new York, N.Y. 10017, Speaking engagements For the UN Secretary, Koffi Annan, about the U.S. Policies on Issues of liability in statutory negligence action under the 14th Amendment; For Conduct of as a bandit of an American Citizen, Gbeke m. Awala, that exude from the U.S. Border Protection. Thus, the defendants In finiksimal ego Comprised of political quagmire and Cruel walls, deprived Plaintiff every way to Allow the Journalists to Cover the Plaintiff's Story, also please Letters and Statements and notices to the press and public on the demanding birthrights, already Supplanted by the Government.

Defendant ACLU, Foundation, P.O. Box 40008, Philadelphia, PA 19106 — 0008, Lives throughout the United States and Sworn For letting Love and hapiness, trust and hope return to Plaintiff Gbeke m. Awala, when sense of guilt have ravaged every part of the Government, Plaintiff having lost so much or what is dearest to him

through the U.S Border Protection Baltimore, Maryland. Nonetheless, efforts to minute Consolation by the ACLU, turned agony. Thus, the Sparing of the Defendant ACLU, whose knowledge of Plaintiff's right's under the U.S. Constitution, failed to act in such a manner as to protect Said rights, the dignity of my Citizenship at birth in Miami Florida was not respected. Defendants ACLU, Philadelphia, on All National Groups on the power of equal status, equal rights, to have used their general knowledge in Legal matters, having fund matter presented a genuine issue of material fact or birth and arguable matters in Law and fact, to use their own language and to develop a defense against Insults to the Plaintiff's Colorable claims of Birth in the United States and natural Pride, having funded to Convey such a Shose to restore all Laws which were against discrimination on grounds of race, Colour by any government officials, the U.S. Courts. Thus, have the duty to re-educate the U.S. Office of Attorney for the District of Delaware, about the ratification of the Civil Rights Act of 1964, the repealed and abolished Jim Crow Laws — whereas, plaintiff was robbed of his possession, as a result of racial profile and illegal Arrest and Imprisonment, Such Defendant's ACLU failure to act when put on Notice Violates plaintiff's rights, privileges and Immunities secured to Plaintiff under the Prousions of the First, Fourth, Fifth, Eight, Ninth, Thirteenth and Fourteenth Amendment to the United States Constitution and 42 U.S.C. §§ 1981, 1982, 1983 and 1985. Defendant's with knowledge of plaintiff's

rights continue to have a duty under Servd Acts and Constitutional provisions and sworn to conform to procedures and acts in conformity with the Standards for the proper Shoe on racial basis help the Government with Implements of guarentees against discrimination. Thus, without affording plaintiff the benefit of ownership to the ACLU of the people as a whole, used restrictions to deny mediation upon <u>Exrel.</u>, at the Instigation of Gbeke M. Awala

Plaintiff further alleges that the Aims of the ACLU, Fundation is unconstitutional in its face, Selective and Create a single review of matters based on tainted discretion, When the Agency reasonably knew that In dictum, judicial determination of Citizenship claims is required where "Substantial evidence" is presented to support the Citizenship claim. See United States ex rel. Bilokumsky v. Tod, 263 US 149 (1923); See also Agosto v. INS, 56 LEd 2d 677 (1978) (quoting Kessler v. Strecker, 307 US 22 (1939) at 436 US 753; Agosto (sprs) rejecting the allowance of the rights of US. Citizenship, on review by the Supreme Court, the Court stated; 'the order challenged here, rejecting the evidence tendered by petitioner Agosto and his witnesses that he was born in the United States., App - 23 - 59, the Board of Immigration Appeals affirmed, It noted that, If believed, the testimony of Petitioner's witnesses clearly refutes the Service otherwise strong documentary demo-stration of Petitioner's alienage" and that it is not beyond the realm of possibility that Petitioner's claim of US. Citizenship is legitimate. Pet. for Cert. VIII. Here Plaintiff was confronted with similar opposition, Thus, ACLU's conduct deplete the need to find Servd Agency and must be abolished.

Here, as Plaintiff clearly maintains It should have been Full Independent rights from the Defendants as a whole and the Defendant Laura Bush, Condolezza Rice and Sue L. Robinson, with deliberate Indifference to said rights, acted or failed to act in such a manner as to properly, discover, develop and encourage the, Department of Homeland Security, aparthied Laws and practices to be set aside as applied to me, having power to recover plaintiffs Records to establish statements of birth, family records as under the Federal Rules of Evidence Rules, 803, et seq, whereas, the Original record in the Florida Health Department, herein a defendant, was Violated under 18 U.S.C. § 2071, Concealed, removed or mutilated, wherein plaintiff, wrote to Laura Bush and Condolezza Rice, knowing that there are Times, when Laura Bush, President George W. Bush's wife and First Lady, wears the trasser, despite the war, as the spotlight falls on her, the First Lady.

Similarly, the French Lady, Simone Veil, has became the president of the European Parliament, while Maria Pintasilgo Cracks the whip in portugal. From reports Hillory Bill Clinton, leads several respect on the rampage of Aids, today, the spotlight falls on Laura Bush, how great She is I do not no, however, tendered my humble request for help. Indeed she may have added and examined the rights through heredity under the U.S. President. Moreover, under Sue L. Robinson, the Chief Judge, U.S. District Court for the District of Delaware, because of this racial Potness, what Plaintiff has been Deprived was not open to negotiation and having knowledge Plaintiff is thrown Into Imperfect Transcript for Appeal,

9.

### V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

*Statement of claim:*

Even if Plaintiff is released under exactly the same Condition, where he will have to have these dehumanizing Stamps in those dehumanizing passports to seek work, what freedom are being offered, to give to a person born in the United States who must still seek permission to remain or enter his own Country America? What freedom will Awala be released to when the matter is not Considered on Condition that gives me my Birth States in Florida. I, Gbeke M Awala declare for all our Country and the World to know, that I have been robbed my Birthright to Land, liberty and peace by a form of Government Funded under Condeleeza Rice and depriving Plaintiff of equal protection of Law on Injustice and Inequality.

### VI. RELIEF

*Instruction: Briefly state exactly what you want the Court to do for you.*

*Relief sought:* Proverbs 25:15 : By Long forbearance a ruler is Persueeled, and a gentle tongue breaks a bone: vs 14, Whoever falsely boasts of giving is like clouds and winds without rain. Here, the Court have the relief on hand. Open my Birth Record Concealed and rebuke the deceitful Conduct over my Documents. Compensation and Settlement, Priliminary Injunction and Declaratory Judgment enjoin IRUS, or Homeland Security from Capable of repristnum.

### VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

2/16/07 .
_____
*DATE*

_____
*SIGNATURE OF PLAINTIFF(S)*

RALD D. COPE, JR.
    CHIEF JUDGE
VID L. LEVY
VID M. GERSTEN
LVIA B. GREEN
·IN G. FLETCHER
·N RAMIREZ, JR.
DA ANN WELLS
·NK A. SHEPHERD
·HARD J. SUAREZ
·EL A. CORTIÑAS
;LIE B. ROTHENBERG
    JUDGES



MARY CAY BLANKS
    CLERK

DOROTHY L. MUNRO
    MARSHAL

DEBBIE MCCURDY
CHIEF DEPUTY CLERK

ALAN SADOWSKI
DEPUTY MARSHAL

DISTRICT COURT OF APPEAL

THIRD DISTRICT

2001 S.W. 117 AVENUE

MIAMI, FLORIDA 33175-1716

TELEPHONE (305) 229-3200

## ACKNOWLEDGMENT OF NEW CASE

DATE:        October 25, 2006

STYLE:       GBEKE MICHAEL AWALA,        v.  FLORIDA DEPT. OF HEALTH,

3DCA#:       3D06-2624

The Third District Court of Appeal has received theNotice of Appeal reflecting
a filing date of 10/5/06.

The county of origin is Dade.

The lower tribunal case number provided is 05-15946.

Case Type: Family     The filing fee is Due.

The Third District Court of Appeal's case number must be utilized on all pleadings and
correspondence filed in this cause. Moreover, ALL PLEADINGS SIGNED BY AN
ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

Please review and comply with any handouts enclosed with this acknowledgment.

cc:
Angela T. Hall
M. Rony Francois
Gbeke Michael Awala
Florida Dept. Of Health
Harvey Ruvin

ay

258

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )  Crim. No. 04-090-SLR
                                )
GBEKE AWALA,                    )
                                )
            Defendant.          )

## O R D E R

At Wilmington this 7th day of February, 2007, having considered defendant's motion for payment of investigator;

IT IS ORDERED that defendant's motion (D.I. 234) is **granted.**

_____
United States District Judge



HARVEY RUVIN
CLERK OF CIRCUIT AND COUNTY COURTS
FAMILY COURT DIVISON
APPEALS UNIT
175 N.W. 1ST AVENUE, SUITE 1200
MIAMI, FLORIDA  33128

# \*\*\*\* INVOICE \*\*\*\*

INVOICE DATE: 11/22/2006

GBEKE M. AWALA, PRO SE                          RE: LOWER CASE NO.: 05-015946-FC
NO. 82074-054, UNIT D601A                       DCA NO.: 06-2624
MOSHANNON VALLEY CORRECTIONAL CENTER
PO BOX 2000
PHILIPSBURG, PA 16866

**GBEKE MICHAEL AWALA**                          **VS. FLORIDA DEPARTMENT OF HEALTH**

STATEMENT OF CHARGES DUE FOR SERVICES RENDERED PURSUANT TO FS 28.24(9)(a)AND APPELLATE
RULE 9.200.

ADDITIONAL PAGES                                                          1.00
FILING FEE FC/PB/MH TO DCA                                              52.50
ESTIMATED RECORD PREPARATION                                            60.00
                                                                      _____

                                        TOTAL:                        113.50
                                   AMOUNT PAID:                          0.00
                                **BALANCE DUE:**                      **113.50**

[✓]  APPELLATE RULES 9.100(b), 9.110(b), 9.130(b) AND FS28.241(3) PRESCRIBE THAT THE
     FILING FEE SHALL BE PAID UPON THE FILING OF A NOTICE OF APPEAL.

[✓]  UPON RECEIPT OF YOUR PAYMENT, THE CLERK WILL PREPARE YOUR RECORD ON APPEAL.  LATE
     PAYMENTS MAY REQUIRE YOU TO APPLY TO THE HIGHER COURT FOR A NEW BRIEFING SCHEDULE.

[ ]  YOUR RECORD ON APPEAL IS COMPLETED, HOWEVER IT WILL NOT BE TRANSMITTED TO THE HIGHER
     COURT UNTIL PAYMENT IS RECEIVED.

PLEASE MAKE CHECK PAYABLE TO:   CLERK OF CIRCUIT COURT            Clerk, Circuit and County Court
                                ATTN: FAMILY APPEALS UNIT          In and for Dade County, Florida
                                175 N.W. 1ST AVENUE
                                SUITE 1200
                                MIAMI, FLORIDA 33128              By: _____
                                                                      Deputy Clerk

Tel: (305) 349-5655

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-61-GMS |
| | ) |
| CHIEF JUDGE SUE L. ROBINSON, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Gbeke Michael Awala ("Awala"), an inmate at the Moshannon Valley

Correctional Facility, Philipsburg, Pennsylvania, filed this action pursuant to 42 U.S.C. § 1983.

Awala proceeds *pro se* and has requested leave to proceed *in forma pauperis* pursuant to 28

U.S.C. § 1915. (D.I. 1.)

The Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot bring a new

civil action or appeal a judgment in a civil action *in forma pauperis* if he has three or more times

in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed

as frivolous, malicious, or for failure to state a claim upon which relief may be granted. 28

U.S.C. § 1915(g). A case dismissed as frivolous prior to the enactment of the PLRA (i.e., April

26, 1996) is counted when applying the "three strikes rule". *Keener v. Pennsylvania Bd. of*

*Probation & Parole,* 128 F.3d 143 (3d Cir. 1997). An exception is made to the "three strikes

rule" when the prisoner is in imminent danger of serious physical injury. Also, a prisoner who is

not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 06-4068


Awala

vs.

Jordan, et al.

Gbeke Awala

Appellant

(Delaware District Civil No. 05-cv-00783)


S E R V I C E   L I S T


Mr. Gbeke Michael Awala ###82074-054
Moshanon Valley CI
P.O. Box 2000
Philipsburg, PA  16866

Office of United States Attorney
Office of United States Attorney
1007 North Orange Street
Suite 700
Wilmington, DE  19801

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL.  504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA  70130

January 29, 2007

Mr. Gbeke M. Awala
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg, PA 16866

Dear Mr. Awala:

This letter is to acknowledge that your complaint of misconduct against United States Circuit Judge Rhesa H. Barksdale is being processed and has been assigned the following docket number:

07-05-351-0037

You will be advised, by mail, of the Chief Judge's action on your complaint.

Sincerely,

CHARLES R. FULBRUGE III
Clerk

By
Shelley E. Saltzman
Deputy Clerk

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

November 14, 2006

Gbeke Awala
Moshannon Valley CI
MVCC B-P6
PO Box 2000
Philipsburg, PA 16866-0798

RE: 06-14017-A     Gbeke Michael Awala v. Kenneth Jones
DC DKT NO.: 06-20630-CV-MGC

This court entered an order dismissing your appeal on August 24, 2006. You filed a Motion for
Reconsideration and this court entered an order denying your Reconsideration on October 26, 2006.
11th Cir. R. 27-3 Successive Motions for Reconsideration Not Permitted *advises a party may file*
*only one motion for reconsideration with respect to the same order. Likewise, a party may not*
*request reconsideration of an order disposing of a motion for reconsideration previously filed by*
*that party.*

Your motion is being returned unfiled since this court has no jurisdiction to grant the relief
requested.

If you have any other questions concerning this matter, please contact this office.

Sincerely,
THOMAS K. KAHN, Clerk

By:    _____
Deputy Clerk

Encl.

Successive Motion for Reconsideration

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 17, 2007

No. 06-7423
1:06-cv-01052-JFM

GBEKE MICHAEL AWALA

Plaintiff - Appellant

v.

ALBERTO R. GONZALES, Attorney General; EDWARD C. DURANT,
Attorney; THOMAS WARD HUSSEY; LINDA SUSAN WENDTLAND,
Attorney; DEPARTMENT OF HOMELAND SECURITY, Border
Protection, Immigration, and Customs Enforcement, all
defendants in their individual and official capacities

Defendants - Appellees

---------
O R D E R
---------

Appellant has filed a motion to recall the mandate.

The Court denies appellant's motion.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106-1797**

**MICHAEL E. KUNZ**
**CLERK OF COURT**

**CLERK'S OFFICE**
**ROOM 2609**
**TELEPHONE**
**(215)597-7704**

Mr. Gbeke M. Awala
82074-054
M.V.C.C.
P.O. Box 2000
Philipsburg, PA 16866

RE:    Awala v. 110th Congress, et al
       CA07-130

Dear Mr. Awala:

Pursuant to amendment to the Federal Rules of Appellate Procedure effective August 1, 1979, the following fees are to be tendered to the Clerk of the District Court at the time of filing the notice of appeal.

(a)    $5.00 filing fee for the notice of appeal.

(b)    $450.00 docket fee for the Court of Appeals.

Please make your check payable to the Clerk, United States District Court.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By Peggy Rosser, Deputy Clerk

cc:    Clerk, U.S. Court of Appeals
       Appeals Clerk, U.S. District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Crim. Action No. 04-90-KAJ |
| | : |
| GBEKE AWALA, | : |
| | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Beth Moskow-Schnoll

and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record

for the government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:     /s/Ilana H. Eisenstein
        Ilana H. Eisenstein
        Assistant United States Attorney

Dated: February 1, 2007

$CROH-40$.

**TO:**  Clerk, U.S. District Court   _X_ Felony   ___ Class A   ___ Class B, C,
                                                    Misdemeanor    and
**FROM:** U.S. Attorney                                            Infractions  RECEIVED

**DEFENDANT:** ___GBEKE AWALA___   _X_ Indictment ___ Information   AUG 2 6 2004

D.O.B.  _6/17/69, 70, or 71_   ___ Complaint or Violat FEDERAL PUBLIC DEFENDER
                                                       DISTRICT OF DELAWARE

**COUNTY OF OFFENSE:** ___New Castle___

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Re-entry After Deportation | 20 years imprisonment, |
| 8 U.S.C. 1326(a) and (b)(2) | $250,000 fine, |
| (Count I) | 3 years supervised release, |
| | $100 special assessment |

**INSTRUCTIONS**

_X_  ISSUE SUMMONS FOR APPEARANCE ON _____, 2004, at_____

_____  ISSUE ARREST WARRANT UPON SIGNING OF ORDER.

_____  DO NOT ISSUE ANY WRIT.

_____  INTERPRETER NEEDED.  LANGUAGE: _____

_X_  APPOINTED COUNSEL. NAME & ADDRESS: __Christopher S. Koyste, Esquire__
                                         __Assistant Federal Public Defender__
                                         __First Federal Plaza, Suite 110__
                                         __704 King Street__
                                         __Wilmington, DE 19801__

**DEFENDANT INFORMATION**

DEFENDANT'S ADDRESS: _____ federal custody _____

CITY:_____ COUNTY:_____ STATE:_____ ZIP:_____

DATE OF ARREST: _____. DATE OF 1st APPEARANCE THIS DISTRICT: _____

BAIL SET:_____ DATE MADE:_____ REMAINS IN FED. CUSTODY:_____

_____  THIS PROSECUTION RELATES TO PENDING CASE INVOLVING SAME DEFENDANT OR

OTHER DEFENDANTS.  DOCKET #_____

Beth Moskow-Schnoll
Assistant United States Attorney

JHN-26-2006   13:41   USICE INVESTIGATIONS ....

U. S. Department of Justice
Immigration and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

File No.  A074 190 250
**Case No:** VPI0408000086
Date:  August 12, 2004

Name:  Gbeke Awala

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of  Deportation _____ entered against you. This intent is based on
(Deportation / exclusion / removal)

the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __September 21, 1999__ at
(Date)

Okdale, Luisiana
(Location)

2. You have been identified as an alien who:

☒ was removed on _November 13, 1999_ pursuant to an order of deportation / exclusion / removal.
(Date)

☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
(Date)
after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about _July 18, 2004_ at or near _Rainbow Bridge, NY_ .
(Date)                                      (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* ENGLISH _____ *language.*

AXEL GONZALEZ FIGUEROA
(Printed or typed name of official)

(Signature of officer)

SPECIAL AGENT
(Title of officer)

### Acknowledgment and Response

I ☐ do  ☐ do not wish to make a statement contesting this determination.

REFUSED to sign

(Date)                                                          (Signature of Alien)

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

8/23/04
(Date)                        (Location)

(Signature of authorized deciding INS official)

LINDA J. VALENTINE
(Printed or typed name of official)

GROUP SUPERVISOR
(Title)

U. S. Department of Homeland Security

Immigration and Customs Enforcement

**Immigration Detainer - Notice of Action**

| | |
|---|---|
| | BOP # 82 74-054 |
| | File No.A 74 190 250- |
| | Date    9/28/2006 |

| To: (Name and title of Institution) | From: (INS office address) |
|---|---|
| WARDEN | U.S. DHS/ICE |
| MOSHANNON VALLEY CORR. CENTER | ALLENWOOD @ LSCI |
| 555 CORNELL DRIVE | P. O. BOX 209 |
| PHILIPSBURG PENNSYLVANIA 16866 | WHITE DEER, PA  17887 |

Name of alien:  AWALA, Gbeke            Projected Release _____

Date of birth: ___5/17/1971___ Nationality: _Nigeria___ Sex: __M___

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒  Investigation has been initiated to determine whether this person is subject to removal from the United
States.

☐  A Notice to Appear or other charging documents initiating removal proceedings, a copy of which is attached, was served on _____.
　　　　　　　　　　　　(Date)

☐  A warrant of arrest in removal proceedings, a copy of which is attached, was served on

.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Date)

☐  Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒  Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify ICE by calling  570-547-6903  during business hours or _____ _____ after hours in an emergency.

☒  Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☐ A self-addressed stamped envelope is enclosed for your convenience.  ☐ Please return a signed copy via facsimile to _____ _____.
　　(Area code and facsimile number)
Return ~~fax~~ to the attention of ____S. Montgomery_____, at ___814___ ___768-2687_____

_____.
　　　　(Name of INS officer handling cases)　　　　　(Area code and phone number)

☒  Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒  Notify this office in the event of the inmate's death or transfer to another institution.
☐  Please cancel the detainer previously placed by this Service on _____.

_____                    _____IEA_____
　　(Signature of INS official)　　　　　　　　　　　　　(Title of INS official)

Receipt acknowledged:

| | | |
|---|---|---|
| Date of latest conviction: _____ | Latest conviction charge: _____ | STEPHEN C. MONTGOMERY |
| Estimated release date: _____ | | I.E.A. |

ENCUOE ALLENWOOD PA

**U.S. Department of Justice**

# Administrative Detention Order

**Federal Bureau of Prisons**

| | MVCC | 01-05-2007 _11 20_ |
|---|---|---|
| | Institution | Date/Time |

FROM:    Lt R. Phillips

_____
Name and Title

SUBJECT:    Placement of inmate: Awala, Gbeke          Reg No.   82074-054          In Administrative Detention.
_____                                  _____
Inmate Name                                                        BOP #

☐    (a)    Is pending a hearing for a violation of Bureau regulations;

☐    (b)    Is pending investigation of a violation of Bureau regulations;

☐    (c)    Is pending investigation or trial for a criminal act;

☐    (d)    Is to be admitted to Administrative Detention

☒    (1)    Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No: _____

Staff Witness Printed Name/Signature: _____

☐    (2)    Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission: referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

☐    (e)    Is pending transfer or is in holdover status during transfer;

☐    (f)    Is pending classification: or

☐    (g)    Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*
Protective Custody 1-05-2007

_____

_____

_____

_____

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this order on (date/ time)

Staff Witness Signature/ Printed Name:  _A. Leskovensky_ Date:  _1-5-07_    _1153_

In the case of DHO action, reference to that order is sufficient, in other cases; the officer will make an independent review and decision, which is documented here.
cc:      Inmate Concerned (not necessary if placement is a result of holdover status
     Captain
     Unit Manager
     Operations Supervisor — Administrative Detention Unit
     Central File

SEC-001   1/2006   Administrative Detention Order

U.S. Department of Justice

## Administrative Detention Order

Federal Bureau of Prisons

| | |
|---|---|
| MVCC | 10-22-06 – 2015 |
| Institution | Date/Time |

FROM: _____ LT · S · LEEMHUIS _____
Name and Title

SUBJECT:    Placement of inmate: AWALA, GBEKE    Reg No. 82074-054  In Administrative Detention.
Inmate Name                          BOP #

☐    (a)    Is pending a hearing for a violation of Bureau regulations;

☐    (b)    Is pending investigation of a violation of Bureau regulations;

☐    (c)    Is pending investigation or trial for a criminal act;

☐    (d)    Is to be admitted to Administrative Detention

☐    (1)    Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No: _____

Staff Witness Printed Name/Signature: _____

☒    (2)    Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission: referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

☐    (e)    Is pending transfer or is in holdover status during transfer;

☐    (f)    Is pending classification: or

☐    (g)    Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

INMATE AWALA WAS ASSAULTED IN D UNIT GIS ONDER
THREAT OF FURTHER ASSAULT, TREATED AT MEDICAL
_____
_____

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this order on (date/ time)
10-22-06 -2130

Staff Witness Signature/ Printed Name: _____ S. LEEMHUIS LT    Date: 10-22-06 SON

In the case of DHO action, reference to that order is sufficient, in other cases; the officer will make an independent review and decision, which is documented here
cc:    Inmate Concerned (not necessary if placement is a result of holdover status
Captain
Unit Manager
Operations Supervisor — Administrative Detention Unit
Central File

SEC-001  1/2006  Administrative Detention Order

Gbek
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg PA 16866



Sue /
Chief Ju
U.S.
844 n
Wilmin

Legal mail