MOSHANNON VALLEY

```
================================================================
```

Resident Account Statement          0 7 _ 1 0 9
Monday, February 12, 2007  @15:45

```
================================================================
```

For CIN: 82074054    AWALA, GBEKE

| Date | Description | + | - | Avail | Owed | Held | Reference |
|------|-------------|---|---|-------|------|------|-----------|
| 09/07/2006 | PPAY - Education 1 | 2.04 | -- | 2.04 | 0.00 | 0.00 | |
| 09/12/2006 | 8HRS@.12 STUDENT | 0.96 | -- | 3.00 | 0.00 | 0.00 | |
| 09/29/2006 | JPay Deposit from JOE KALABA | 100.00 | -- | 103.00 | 0.00 | 0.00 | |
| 09/29/2006 | 55 COPIES | -- | 5.50 | 103.00 | 5.50 | 0.00 | |
| 09/29/2006 | 55 COPIES | -- | -- | 97.50 | 0.00 | 0.00 | |
| 09/29/2006 | 10 COPIES | -- | 1.00 | 97.50 | 1.00 | 0.00 | |
| 09/29/2006 | 10 COPIES | -- | -- | 96.50 | 0.00 | 0.00 | |
| 09/29/2006 | 97 COPIES | -- | 9.70 | 96.50 | 9.70 | 0.00 | |
| 09/29/2006 | 97 COPIES | -- | -- | 86.80 | 0.00 | 0.00 | |
| 09/29/2006 | 36 COPIES | -- | 3.60 | 86.80 | 3.60 | 0.00 | |
| 09/29/2006 | 36 COPIES | -- | -- | 83.20 | 0.00 | 0.00 | |
| 09/29/2006 | 92 COPIES | -- | 9.20 | 83.20 | 9.20 | 0.00 | |
| 09/29/2006 | 92 COPIES | -- | -- | 74.00 | 0.00 | 0.00 | |
| 09/29/2006 | 50 COPIES | -- | 5.00 | 74.00 | 5.00 | 0.00 | |
| 09/29/2006 | 50 COPIES | -- | -- | 69.00 | 0.00 | 0.00 | |
| 09/29/2006 | 29 COPIES | -- | 2.90 | 69.00 | 2.90 | 0.00 | |
| 09/29/2006 | 29 COPIES | -- | -- | 66.10 | 0.00 | 0.00 | |
| 09/29/2006 | 81 COPIES | -- | 8.10 | 66.10 | 8.10 | 0.00 | |
| 09/29/2006 | 81 COPIES | -- | -- | 58.00 | 0.00 | 0.00 | |
| 10/02/2006 | OID:100012332-ComisaryPurch-Reg | -- | 52.84 | 5.16 | 0.00 | 0.00 | |
| 10/06/2006 | PPAY - Education 1 | 0.36 | -- | 5.52 | 0.00 | 0.00 | |
| 10/10/2006 | VOID-55 COPIES | -- | -- | 11.02 | 5.50 | 0.00 | |
| 10/10/2006 | VOID-10 COPIES | -- | -- | 12.02 | 6.50 | 0.00 | |
| 10/10/2006 | VOID-97 COPIES | -- | -- | 21.72 | 16.20 | 0.00 | |
| 10/10/2006 | VOID-92 COPIES | -- | -- | 30.92 | 25.40 | 0.00 | |
| 10/10/2006 | VOID-36 COPIES | -- | -- | 34.52 | 29.00 | 0.00 | |
| 10/10/2006 | VOID-50 COPIES | -- | -- | 39.52 | 34.00 | 0.00 | |
| 10/10/2006 | VOID-29 COPIES | -- | -- | 42.42 | 36.90 | 0.00 | |
| 10/10/2006 | VOID-81 COPIES | -- | -- | 50.52 | 45.00 | 0.00 | |
| 10/10/2006 | VOID-55 COPIES | 5.50 | -- | 50.52 | 39.50 | 0.00 | |
| 10/10/2006 | VOID-10 COPIES | 1.00 | -- | 50.52 | 38.50 | 0.00 | |
| 10/10/2006 | VOID-97 COPIES | 9.70 | -- | 50.52 | 28.80 | 0.00 | |
| 10/10/2006 | VOID-92 COPIES | 9.20 | -- | 50.52 | 19.60 | 0.00 | |
| 10/10/2006 | VOID-36 COPIES | 3.60 | -- | 50.52 | 16.00 | 0.00 | |
| 10/10/2006 | VOID-50 COPIES | 5.00 | -- | 50.52 | 11.00 | 0.00 | |
| 10/10/2006 | VOID-29 COPIES | 2.90 | -- | 50.52 | 8.10 | 0.00 | |
| 10/10/2006 | VOID-81 COPIES | 8.10 | -- | 50.52 | 0.00 | 0.00 | |
| 10/11/2006 | JPay Deposit from JOE KALABA | 100.00 | -- | 150.52 | 0.00 | 0.00 | |
| 10/16/2006 | OID:100014711-ComisaryPurch-Reg | -- | 83.01 | 67.51 | 0.00 | 0.00 | |
| 10/20/2006 | OID:100014711-ComisaryRefund-Reg | 3.90 | -- | 71.41 | 0.00 | 0.00 | |
| 10/20/2006 | 78 COPIES MADE ON 10/13/06 | -- | 7.80 | 71.41 | 7.80 | 0.00 | |
| 10/20/2006 | 78 COPIES MADE ON 10/13/06 | -- | -- | 63.61 | 0.00 | 0.00 | |
| 10/23/2006 | OID:100015679-ComisaryPurch-Reg | -- | 33.86 | 29.75 | 0.00 | 0.00 | |
| 10/24/2006 | 21 COPIES MADE ON 10/19/06 | -- | 2.10 | 29.75 | 2.10 | 0.00 | |
| 10/24/2006 | 21 COPIES MADE ON 10/19/06 | -- | -- | 27.65 | 0.00 | 0.00 | |
| 10/24/2006 | 30 COPIES MADE ON 10/19/06 | -- | 3.00 | 27.65 | 3.00 | 0.00 | |
| 10/24/2006 | 30 COPIES MADE ON 10/19/06 | -- | -- | 24.65 | 0.00 | 0.00 | |
| 10/25/2006 | EVELYN #48663689679 | 50.00 | -- | 74.65 | 0.00 | 0.00 | |
| 10/26/2006 | J FEDNANDEZ #55764932707 | 100.00 | -- | 174.65 | 0.00 | 0.00 | |
| 10/30/2006 | OID:100016675-ComisaryPurch-Reg | -- | 123.44 | 51.21 | 0.00 | 0.00 | |
| 10/30/2006 | MAIL CHARGES | -- | 5.79 | 51.21 | 5.79 | 0.00 | |
| 10/30/2006 | MAIL CHARGES | -- | -- | 45.42 | 0.00 | 0.00 | |
| 11/01/2006 | MAIL CHARGES | -- | 1.89 | 45.42 | 1.89 | 0.00 | |
| 11/01/2006 | MAIL CHARGES | -- | -- | 43.53 | 0.00 | 0.00 | |
| 11/01/2006 | MAIL CHARGES | -- | 4.18 | 43.53 | 4.18 | 0.00 | |
| 11/01/2006 | MAIL CHARGES | -- | -- | 39.35 | 0.00 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | -- | 39.35 | 0.00 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | -- | 39.35 | 0.00 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | 5.30 | 39.35 | 5.30 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | -- | 34.05 | 0.00 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | 4.20 | 34.05 | 4.20 | 0.00 | |
| 11/03/2006 | MAIL CHARGES | -- | -- | 29.85 | 0.00 | 0.00 | |
| 11/03/2006 | SNEAKER PAYMENT | -- | 28.10 | 29.85 | 28.10 | 0.00 | |
| 11/03/2006 | SNEAKER PAYMENT | -- | -- | 1.75 | 0.00 | 0.00 | |
| 11/06/2006 | OID:100016675-ComisaryRefund-Reg | 2.07 | -- | 3.82 | 0.00 | 0.00 | |
| 11/28/2006 | 2.55 + 1.11 MAIL CHARGES | -- | 3.66 | 3.82 | 3.66 | 0.00 | |
| 11/28/2006 | 2.55 + 1.11 MAIL CHARGES | -- | -- | 0.16 | 0.00 | 0.00 | |

InmateStatementCombined

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 82074054 | |
| Inmate Name: | AWALA. GBEKE | |
| Report Date: | 03/02/2006 | |
| Report Time: | 11:13:21 AM | |

| | Current Institution: | Philadelphia FDC |
|---|---|---|
| | Housing Unit: | 6 SOUTH |
| | Living Quarters: | F03-620U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | 2/2/2006 9:00:42 PM | FPHLD089 - 603 | | | Debt Encumbrance | | ($11.40) | -------- |
| PHL | 2/2/2006 8:54:18 PM | JV0027 | | | Photo Copies | ($1.70) | | $11.40 |
| PHL | 1/30/2006 12:25:21 PM | JV0020 | | | Photo Copies | ($3.40) | | $13.10 |
| PHL | 12/24/2005 3:36:42 AM | FPHLD855 - 321 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| PHL | 12/24/2005 3:36:42 AM | FPHLD807 - 176 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 12/24/2005 3:36:42 AM | 6PHLD757 - 284 | | | Debt Encumbrance - Released | | $3.50 | -------- |
| PHL | 12/5/2005 9:09:42 AM | FPHLD855 - 321 | | | Debt Encumbrance | | ($8.00) | -------- |
| PHL | 12/5/2005 9:09:20 AM | JV0014-V | | | Photo Copies | $5.80 | | $16.50 |
| PHL | 12/5/2005 9:09:15 AM | JV0014 | | | Photo Copies | ($5.80) | | $10.70 |
| PHL | 12/5/2005 9:08:51 AM | JV0014-V | | | Photo Copies | $1.60 | | $16.50 |
| PHL | 12/5/2005 8:53:36 AM | JV0014 | | | Photo Copies | ($1.60) | | $14.90 |
| PHL | 12/1/2005 2:07:57 AM | 6PHLD711 - 279 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| PHL | 12/1/2005 2:07:57 AM | 6PHLD712 - 280 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD724 - 282 | | | Debt Encumbrance - Released | | $3.30 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691 - 281 | | | Debt Encumbrance - Released | | $3.00 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD725 - 283 | | | Debt Encumbrance - Released | | $2.20 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691 - 66 | | | Debt Encumbrance - Released | | $1.40 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD725 | | | Photo Copies | ($2.20) | | $16.50 |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD724 | | | Photo Copies | ($3.30) | | $18.70 |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691 | | | Photo Copies | ($4.40) | | $22.00 |
| PHL | 11/21/2005 5:40:25 AM | 70145703 | | | Lockbox - CD | $20.00 | | $26.40 |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD725 - 283 | | | Debt Encumbrance | | ($2.20) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD691 - 281 | | | Debt Encumbrance | | ($3.00) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD724 - 282 | | | Debt Encumbrance | | ($3.30) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD757 - 284 | | | Debt Encumbrance | | ($3.50) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD711 - 279 | | | Debt Encumbrance | | ($4.00) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD712 - 280 | | | Debt Encumbrance | | ($4.00) | -------- |
| PHL | 11/7/2005 10:55:34 AM | FPHLD807 - 176 | | | Debt Encumbrance | | ($5.00) | -------- |
| PHL | 11/2/2005 8:49:32 AM | JV0008 | | | Photo Copies | ($5.00) | | $6.40 |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD711 - 56 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD712 - 57 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD711 | D119 | | PLRA Payment | $0.00 | | $11.40 |
| PHL | 10/25/2005 9:37:54 AM | 40 | | | Sales | $0.00 | | $11.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PHL | 10/16/2005 2:07:09 AM | 5PHLD542 - 60 | | Debt Encumbrance - Released | | $3.50 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD532 - 59 | | Debt Encumbrance - Released | | $3.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD666 - 63 | | Debt Encumbrance - Released | | $2.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD497 - 58 | | Debt Encumbrance - Released | | $2.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 6PHLD685 - 65 | | Debt Encumbrance - Released | | $1.20 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD646 - 61 | | Debt Encumbrance - Released | | $1.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD661 - 62 | | Debt Encumbrance - Released | | $0.60 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD674 - 64 | | Debt Encumbrance - Released | | $0.30 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD674 | | Photo Copies | ($0.30) | | $12.60 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD661 | | Photo Copies | ($0.60) | | $14.90 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD646 | | Photo Copies | ($1.00) | | $15.50 |
| PHL | 10/16/2005 2:07:09 AM | 6PHLD685 | | Photo Copies | ($1.20) | | $11.40 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD666 | | Photo Copies | ($2.00) | | $12.90 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD497 | | Photo Copies | ($2.00) | | $23.00 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD532 | | Photo Copies | ($3.00) | | $20.00 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD542 | | Photo Copies | ($3.50) | | $16.50 |
| PHL | 10/15/2005 5:56:00 AM | 70143301 | | Loekbox - CD | $25.00 | | $25.00 |

12

**Total Transactions: 66**

Totals:     $11.40     ($11.40)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | $0.00 | $0.00 | $11.40 | $0.00 | $0.00 | $0.00 | $0.00 | $11.40 |
| Totals: | $0.00 | $0.00 | $11.40 | $0.00 | $0.00 | $0.00 | $0.00 | $11.40 |

```
                        MOSHANNON VALLEY
========================================================
            Sent Order 100016675 for AWALA, GBEKE
              Monday, November 06, 2006  @10:27
========================================================
```

| ID | Order # | Name |
|---|---|---|
| 82074054 | 100016675 | AWALA, GBEKE |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-10-30 | 1 Z16 114LD | SHU - AD |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1050 | BOOK OF TEN STAMPS | 3 | 3.90 | 11.70 | 0.00 | 11.70 | Sent |
| 7047 | NORELCO T500 TRIMMER | 1 | 22.19 | 22.19 | 1.33 | 23.52 | Sent |
| 3231 | SL OATMEAL SANDWICH CAKES | 1 | 2.80 | 2.80 | 0.00 | 2.80 | Sent |
| 3236 | SL SWISS RLLS BX-6 TWN PK | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 3274 | ICED HONEY BUN 6OZ | 2 | 1.10 | 2.20 | 0.00 | 2.20 | Sent |
| 4020 | PAYDAY | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 4000 | M&M PLAIN | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 3112 | SALTINE CRACKERS | 1 | 1.95 | 1.95 | 0.00 | 1.95 | Sent |
| 6349 | WHOLE ENCHILADA PARTY MIX | 1 | 1.70 | 1.70 | 0.00 | 1.70 | Sent |
| 6673 | RICE NOODLES | 2 | 0.55 | 1.10 | 0.00 | 1.10 | Sent |
| 6001 | SHRIMP RAMEN NOODLES | 2 | 0.45 | 0.90 | 0.00 | 0.90 | Sent |
| 6015 | ROAST CHICKEN RAMEN | 2 | 0.45 | 0.90 | 0.00 | 0.90 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6178 | FC MACKERAL | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6181 | FC SARDINES/TOMATO SAUCE | 4 | 1.20 | 4.80 | 0.00 | 4.80 | Sent |
| 6770 | BF SUMMER SAUSAGE ORG FLV | 2 | 1.90 | 3.80 | 0.00 | 3.80 | Sent |
| 6410 | GRAPE JELLY | 1 | 2.15 | 2.15 | 0.00 | 2.15 | Sent |
| 6424 | CC JALA CHS SQUEEZER 16OZ | 1 | 2.75 | 2.75 | 0.00 | 2.75 | Sent |
| 2028 | KF TEA BAGS 48 COUNT | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 6520 | KROG OATMEAL VARIETY PACK | 1 | 3.00 | 3.00 | 0.00 | 3.00 | Sent |
| 1203 | ION3 AA 2/PK | 1 | 1.69 | 1.69 | 0.10 | 1.79 | Sent |
| 1015 | MANILLA ENVELOPE | 10 | 0.15 | 1.50 | 0.09 | 1.59 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 1 | 0.95 | 0.95 | 0.06 | 1.01 | Sent |
| 1061 | 8.5 X 11 LETTER PAD YLW | 1 | 0.95 | 0.95 | 0.06 | 1.01 | Sent |
| 1121 | SEASONAL GREETING CARD | 2 | 0.90 | 1.80 | 0.11 | 1.91 | Sent |
| 1109 | FRIENDSHIP CARD - PAPER | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 0040 | MAGNIFICENT HAIR FOOD | 1 | 3.20 | 3.20 | 0.19 | 3.39 | Sent |
| 0205 | 4OZ BABY OIL | 1 | 0.80 | 0.80 | 0.05 | 0.85 | Sent |
| 0397 | NEXT1 COCOA BTTR SOAP 5OZ | 2 | 0.90 | 1.80 | 0.11 | 1.91 | Sent |
| 0763 | Q-TIPS 30/CT | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 3200 | BANANA MARSHMALLOW PIE | 1 | 0.55 | 0.55 | 0.00 | 0.55 | Sent |
| 6127 | HOT SPICY PORK RINDS | 2 | 1.05 | 2.10 | 0.00 | 2.10 | Sent |
| 0355 | 15OZ VOLUME SHAMPOO | 1 | 2.10 | 2.10 | 0.13 | 2.23 | Sent |
| 0640 | TUMS 3ROLL PACK - ORIGNAL | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0251 | TOLNAFATE ANTIFUNGAL CREA | 1 | 2.00 | 2.00 | 0.12 | 2.12 | Sent |
| 0255 | BENZOYL PEROXIDE | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0271 | BLISTEX LIP OINTMENT | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0250 | HYDROCORTISONE CREAM | 1 | 1.95 | 1.95 | 0.12 | 2.07 | Sent |
| 0259 | MEDICATED CHEST RUB 3 OZ | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0602 | SHEER BANDAGE 10/BX BANDA | 1 | 1.00 | 1.00 | 0.06 | 1.06 | Sent |
| 0289 | IBUPROFEN 200MG | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0662 | ALLERGY TABLETS 24CT | 1 | 2.50 | 2.50 | 0.15 | 2.65 | Sent |
| 0655 | STRESS LIQUID 8OZ. | 1 | 3.20 | 3.20 | 0.19 | 3.39 | Sent |
| 0669 | SALINE NASAL SPRAY 1.5OZ | 1 | 1.80 | 1.80 | 0.11 | 1.91 | Sent |
| 0641 | ROLAIDS ORIGINAL FLAVOR | 1 | 1.25 | 1.25 | 0.08 | 1.33 | Sent |
| 1010 | #10 WHITE ENVELOPE | 20 | 0.05 | 1.00 | 0.06 | 1.06 | Sent |
| 0674 | HALLS CHERRY COUGH DROPS | 1 | 0.90 | 0.90 | 0.05 | 0.95 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 1 | 0.25 | 0.25 | 0.02 | 0.27 | Sent |
| 1092 | BLUE PEN (PLASTIC CLIP) | 1 | 0.25 | 0.25 | 0.02 | 0.27 | Sent |

```
                        Order Total  119.38   4.06   123.44
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|---|---|---|---|---|---|---|---|
| 0250 | HYDROCORTISONE CREAM | 1 | 1.95 | 1.95 | 0.12 | 2.07 | No |

```
                        Refund Total  1.95   0.12   2.07
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit ($909.40) | 909.40 | 0.00 | 1.75 |
| Commissary Items | 290.00 | 0.00 | |
| phone time | 556.00 | 0.00 | |