FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE          DISTRICT OF DELAWARE

**I. CAPTION**

Gbeke M. Awala
(Enter the full name of plaintiff or plaintiffs)

07 - 110

v.

U.S. Attorneys, Office District of Delaware et al.

(Enter the full name of defendant or defendants)

**Instructions:**

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

**II. DECLARATION**

I, (your name) Gbeke M. Awala, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?      yes ( ) no (✓)

2. If you are not employed do you have other income?    yes ( ) no (✓)

3. If "yes" to either of above, state source of monthly income and amount.

    source _____ amount _____

4. If "no," state date and place of last employment and amount of monthly income.

    date and place _____ amount _____

5. Do you have money in a prison account? yes (✓) no ( ) amount $3.00
6. Do you have money in a bank account?   yes ( ) no ( ) amount _____

7. Do you own or have an interest in valuable property such an automobile, real estate, stocks, or bonds?    yes ( ) no (✓)

    If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_None_

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment  yes ( ) no (✓)

b. Rent payments, interest or dividends           yes ( ) no (✓)

c. Pensions, annuities or life insurance payments    yes ( ) no (✓)

d. Gifts or inheritances                yes ( ) no (✓)

e. Any other sources                yes (✓) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_Student Pay_

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_                    2/11/07

SIGNATURE OF PLAINTIFF            DATE

### IV. CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _3.00_ on account to his credit at the _MVCC_ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____; and that the average monthly deposits during the during the last six months were $ _____.

_[signature]_                    2-10-7

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL        DATE