IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 07-109-GMS ) |
| UNITED STATES MISSION TO THE UNITED NATIONS, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

WHEREAS, the plaintiff, Gbeke Awala ("Awala"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 13, 2007, the court entered an order denying Awala's motion for leave to proceed *in forma pauperis* because Awala had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 7);

WHEREAS, Awala was given thirty (30) days from the date of the order to pay the $350.00 filing fee;

WHEREAS, to date, payment has not been received from Awala;

THEREFORE, at Wilmington this 10th day of May, 2007, IT IS HEREBY ORDERED that Gbeke Awala's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE