IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE M. AWALA | ) |
|     Plaintiff-Appellant. | ) |
| | ) |
| v. | )   Civ. No. 07-109-GMS |
| | ) |
| UNITED STATES MISSION TO THE | ) |
| UNITED NATIONS, et al. | ) |
|     Defendant-Appellees. | ) |
| | ) |

FILED
MAY 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned
No Fee

NOTICE OF APPEAL

NOTICE IS HEREBY given that I, Gbeke Michael Awala, plaintiff, in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit, from the final judgment, from an order dismissing action without prejudice, entered in this action on the May 10th, 2007, presided Judge Gregory M. Sleet, United States District Judge.

submitted under penalty of perjury to be true and correct. Pursuant to 28 U.S.C. §1746.

Dated May 17, 2007.

Respectfully submitted

GBEKE MICHAEL AWALA
No. 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, PA 18472

NOTE: THE MATTER IS BEFORE
the International Criminal
Court, The Hague, The Netherlands. Ref No. OTP-CR-00106/07

1-1

**Cour
Pénale
Internationale**

**International
Criminal
Court**



Le Bureau du Procureur

The Office of the Prosecutor

Our reference: OTP-CR-00106/07

The Hague, 23 April 2007

Dear Sir, Madam

    The Office of the Prosecutor of the International Criminal Court acknowledges receipt of your documents/letter.

    This communication has been duly entered in the Communications Register of the Office. We will give consideration to this communication, as appropriate, in accordance with the provisions of the Rome Statute of the International Criminal Court.

    As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision.

Yours sincerely,

Head of Information & Evidence Unit
Office of The Prosecutor

Gbeke Michael Awala
No 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg, PA 16866
USA



# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: Canaan USP |
| Inmate Name: | AWALA, GBEKE | Housing Unit: CAA-E-B |
| Report Date: | 05/03/2007 | Living Quarters: E03-106U |
| Report Time: | 1:00:13 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 4/11/2007 3:33:51 AM | TX041107 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

**Total Transactions: 1**

| | | Totals: | $0.00 | $0.00 |
|---|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

GBEKE MICHAEL AWALA
NO. 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

Legal Mail:



GREGORY M. SLEET
U.S. District Judge
U.S. District Court
for the District of Delaware
844 N. KING Street, lockbox 18
Wilmington, Delaware 19801-3570