**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-2622</u>

Awala

vs.

US Mission United, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 07-cv-00109)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

Clerk

Date: July 26, 2007

cc:
    Mr. Gbeke Michael Awala
    Seth M. Beausang, Esq.